SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7102
Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. CR 07-0237 PJH |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| v. | |
| JOSE JESUS RUVALCABA-LOPEZ, | |
| Defendant. | |

On April 20, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from April 20, 2007 to April 25, 2007, the date set by the Court for a detention hearing, for effective preparation of counsel, in that defense counsel has not yet reviewed discovery from the Government. The parties represented that granting the continuance was necessary for effective preparation of counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).

SO STIPULATED:

//

Stipulation and [Proposed] Order Excluding Time - CR 07-0237 PJH

SCOTT N. SCHOOLS
United States Attorney

DATED: April 23, 2007                    _____/s/_____
                                          DENISE MARIE BARTON
                                          Assistant United States Attorney


DATED: April 23, 2007                    ___/s/_____
                                          JOSH COHEN
                                          Attorney for RUVALCABA-LOPEZ


     As the Court found on April 20, 2007, and for the reasons stated above, the Court finds good cause, taking into account the public interest in prompt disposition of criminal cases, that time should be excluded from the Speedy Trial Act calculations from April 20, 2007 to April 25, 2007 for effective preparation of counsel.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: _4/24/07_____              _____
                                        Honorable Nandor J. Vadas
                                        United States District Court Judge

Stipulation and [Proposed] Order Excluding Time - CR 07-0237 PJH