| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990) <br> United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CSBN 138549) <br> Chief, Criminal Division |
| 4 | DENISE MARIE BARTON (MABN 634052) <br> Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055 <br> San Francisco, California 94102 <br> Telephone: (415) 436-7102 |
| 7 | Facsimile: (415) 436-7234 |
| 8 | Attorneys for Plaintiff |
| 9 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. CR 07-0237 PJH |
| Plaintiff, | ) ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME |
| v. | ) ) | |
| JOSE JESUS RUVALCABA-LOPEZ, | ) ) | |
| Defendant. | ) ) | |

On April 20, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from April 20, 2007 to April 25, 2007, the date set by the Court for a detention hearing, for effective preparation of counsel, in that defense counsel has not yet reviewed discovery from the Government. The parties represented that granting the continuance was necessary for effective preparation of counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).

SO STIPULATED:

//

Stipulation and [Proposed] Order Excluding Time - CR 07-0237 PJH

|   |   |
|---|---|
|   | SCOTT N. SCHOOLS<br>United States Attorney |
| DATED: April 23, 2007 | /s/<br>DENISE MARIE BARTON<br>Assistant United States Attorney |
| DATED: April 23, 2007 | /s/<br>JOSH COHEN<br>Attorney for RUVALCABA-LOPEZ |

As the Court found on April 20, 2007, and for the reasons stated above, the Court finds good cause, taking into account the public interest in prompt disposition of criminal cases, that time should be excluded from the Speedy Trial Act calculations from April 20, 2007 to April 25, 2007 for effective preparation of counsel. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 4/23/07

Honorable Nandor J. Vadas
United States District Court Judge

Stipulation and [Proposed] Order Excluding Time - CR 07-0237 PJH