UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSE JESUS RUVALCABA-LOPEZ, ) <br> ) <br> Defendant. ) | No. CR 07-0237 PJH <br><br> [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT |

Based upon the Stipulation of defendant Jose Jesus Ruvalcaba-Lopez and the United States, and for good cause shown, IT IS HEREBY ORDERED that time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), is excluded from April 25, 2007 to May 9, 2007, under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). The Court finds that the failure to grant this exclusion of time would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by such action outweigh the best interest of the public and the defendant in a speedy trial.

DATED: 4/27/07

EDWARD M. CHEN
United States Magistrate Judge